UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at LONDON

CIVIL NO.: 6:06-CV-238-KKC

LESTER E. COOK, JR.,                                                          PETITIONER,

vs:                                **OPINION & ORDER**

PATTI WEBB, WARDEN,                                    RESPONDENT.

This matter is before the Court on the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Rec. No. 1) filed by the Petitioner and the Motion for Summary Judgment filed by the Respondent (Rec. No. 11). Consistent with local practice, this matter was referred to the United States Magistrate Judge for consideration.

The Magistrate Judge filed a Report and Recommendation on March 15, 2007 (Rec. No. 17). Based on a review of the record and the applicable case law, the Magistrate Judge recommended that Petitioner's Petition for Writ of Habeas Corpus be dismissed and that this Court refuse to issue a Certificate of Appealability.

On April 2, 2007, Petitioner filed objections (Rec. No. 18) to the Magistrate Judge's Report and Recommendation. This Court must make a *de novo* determination of those portions of the Magistrate Judge's Report and Recommendation to which objection is made. 28 U.S.C. § 636(b)(1)(C). Having considered Petitioner's objections and having made a *de novo* determination[1],

---

[1] Petitioner has objected to the sufficiency of the evidence with his argument that the trial court erred in overruling his motion for directed verdict. Neither party to this proceeding has filed the trial transcript in the record of this matter. Nevertheless, in *Cook v. Commonwealth of Ky.*, 129 S.W.3d 351 (Ky. 2004), the Kentucky Supreme Court summarized the trial testimony. In his Report and Recommendation, the Magistrate Judge relied on the Supreme Court's factual findings. In his objections to the Report and Recommendation, the Petitioner does not

the Court finds the Petitioner's objections to be without merit and hereby adopts the Magistrate Judge's proposed findings of fact and conclusions of law.

Accordingly, the Court, being otherwise fully and sufficiently advised, HEREBY ORDERS that:

(1) the Magistrate Judge's Report and Recommendation (Rec. No. 17) is ADOPTED as and for the opinion of the Court;

(2) Petitioner's objections to the Magistrate Judge's Report and Recommendation (Rec. No. 18) are OVERRULED;

(3) Respondent's Motion for Summary Judgment (Rec. No. 11) is GRANTED;

(4) Petitioner's Petition for Writ of Habeas Corpus (Rec. No. 1) is DISMISSED;

(5) a Certificate of Appealability SHALL NOT BE ISSUED; and

(6) Judgment will be entered contemporaneously with this Opinion and Order in favor of Respondent.

This the 1st day of May, 2007.

Signed By:
*Karen K. Caldwell* KKC
United States District Judge

---

contest any of the Supreme Court's findings. Accordingly, the trial transcript is not necessary to resolve the Petitioner's argument that the trial court erred in overruling his motion for a directed verdict.